NO.14-14-00443-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

JAN 28 2015

CHRISTOPHER A. PRINE
CLERK

**DECLARATION OF INABILITY TO PAY COSTS**

The following declaration is made pursuant to Federal Law, 28 U.S.C.§1746,and Texas Civil Practice and Remedies Code,Chapter 132.Which provides persons incarcerated may use an unsworn declaration under penalty of perjury in place of an affidavit sworn before a Notary Public.

*****************************************************

Now respectfully comes Antonio Sepeda,TDCJ#469585,and declares that I am unable to pay the costs of this appeal proceedings, and requests leave to proceed 'In forma pauperis.'In support of this request would show the following:

1. I am presently incarcerated in the H.H.Coffield Unit of the Texas Dept.Of Criminal Justice,where I am not permitted to earn or handle money.

2. I have no source of income or spousal income.

3. I currently have $3.00 credited to me in the Inmate trust fund.

4. During my incarceration in the TDCJ-CID I have received approximately $80 within the last 6 months as gifts from relatives.

5. I neither own nor have an interest in any realy,stocks,bonds, or bank accounts and I recieved no interest or dividends income from any source.

6. I have zero dependents.

7. I have total debts of opproximately $15,000.00.

8. My monthly expenses are approx.$20.

I,Antonio Sepeda,TDCJ#469585,being incarcerated in the H.H. Coffield Unit of the TDCJ-CID in anderson County,Texas verify and declare under penalty of perjury that foregoing facts are true and correct,and I am the person named above..

X. _Antonio Sepeda_
ANTONIO SEPEDA TDCJ#469585

**CERTIFIED 6 MONTHS INMATE TRUST FUND STATEMENT ATTACHED)**

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE        01/22/15
CF27/GKA1606            IN-FORMA-PAUPERIS DATA                  07:58:08
TDCJ#: 00469585 SID#: 03269771 LOCATION: COFFIELD    INDIGENT DTE: 01/20/15
NAME: SEPEDA, ANTONIO                  BEGINNING PERIOD: 07/01/14
PREVIOUS TDCJ NUMBERS: 00427158
CURRENT BAL:        3.98 TOT HOLD AMT:        0.00 3MTH TOT DEP:     120.14
6MTH DEP:      120.14 6MTH AVG BAL:          2.12 6MTH AVG DEP:      20.02
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/14      50.08          50.00        09/14      0.28          0.00
11/14      30.42          30.14        08/14      0.28          0.00
10/14      40.28          40.00        07/14      0.28          0.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _Anderson_
ON THIS THE _22_ DAY OF _Jan. 2015_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



Gaye L. Karriker
Notary Public, State of Texas
My Commission Expires
07/20/2015
Notary Without Bond

_Gaye L. Karriker_

ANTONIO SEPEDA
TDCJ#469585
COFFIELD UNIT
2661 FM 2054
TENNESSEE COLONY,TEXAS 75884

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

JAN 28 2015

CHRISTOPHER A. PRINE
CLERK

JAN.21,2015

MAILED
1/23/15

CHRISTOPHER A.PRINE,CLERK
FOURTEENTH COURT OF APPEALS
HOUSTON,TEXAS.

RE:14-14-00443-CV
   TC#14-CV-0014
(Appellant acknowledgement of correspondence issued by this court on Wednesday,January 14,2015.that appellant needed to comply with chapter 14 of the Texas Civil Practice and Remedies Code.)

(Enclosed is:
1.CERTIFIED 6 MONTHS INMATE TRUST FUND STATEMENT AS REQUIRED BY CHAPTER 14.
2.APPELLANT DECLARATION OF INABILITY TO PAY COSTS.
3.Appellant motion to proceed without prepaying fees or costs.
4.Appellant Declaration relating to previous filings §14.004 Texas Civil Practice and Remedies Code.
5.appendix(s) A,B,C.
6.TRAP-2 Motion to cover any extra copies required by this court.
Dear Clerk;
The above stated documents are for filing with this court,as required by the new Rules of the Appellate Courts Procedures.
I submit appellant TRAP-2 Motion for any additional copies that may be required.

Respectfully;
Antonio Sepeda